UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CODY BECKER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC, d/b/a MR. COOPER,<br><br>Defendants. | Case No.: 0:18-cv-62747-MGC |

**DECLARATION OF THOMAS L. CARDELLA IN SUPPORT OF NATIONSTAR MORTGAGE, LLC D/B/A MR. COOPER'S MOTION TO DENY CLASS CERTIFICATION**

I, Thomas L. Cardella, declare,

1. I am the Chief Executive Officer of TLC Associates ("TLCA"). TLCA is a contact center committed to creating exceptional customer experiences. I have personal knowledge of the facts contained in this declaration. If called upon to do so, I could and would competently testify to the facts contained herein.

2. Since Janaury 2018, TLCA has worked with Nationstar Mortgage, LLC, dba Mr. Cooper ("Mr. Cooper") to contact Mr. Cooper's customers via phone calls. TLCA has never used or played a prerecorded or artificial voice during or in connection with its calls for Mr. Cooper.

3. Based on a thorough review of TLCA's records, there is no record that TLCA placed a call to the telephone assigned the number ending in 6305 (the "6305 Number") that Plaintiff Cody Becker ("Plaintiff") makes the subject of his claims against

Mr. Cooper, including on August 8, 2018. TLCA maintains a record of every single inbound and outbound call in its call system for a period of more than one year. At my direction, in January 2019, TCLA conducted a detailed search of its call system for any call to the 6305 Number placed in 2018. The search revealed no record of a call placed to the 6305 Number in 2018.

I declare under penalty of perjury under the laws of the United States of America that the following is true and correct.

_____
Thomas L. Cardella