UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CODY BECKER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC, d/b/a MR. COOPER,<br><br>Defendants. | Case No.: 0:18-cv-62747-MGC |

**DECLARATION OF RICHARD VOLEL IN SUPPORT OF NATIONSTAR MORTGAGE, LLC D/B/A MR. COOPER'S
MOTION TO DENY CLASS CERTIFICATION**

I, Richard Volel, hereby declare as follows:

1. I am a United States citizen and over eighteen years of age. I am employed as the Vice President of Call Center Operations at Nationstar Mortgage LLC d/b/a Mr. Cooper ("Mr. Cooper"). I have been employed by Mr. Cooper since August 2014. In this role, my responsibilities include managing the dialer, workforce and operations reporting and analytics team. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I would testify to the same.

2. Mr. Cooper is a Delaware Corporation that is headquartered in Coppell, Texas. Mr. Cooper has over three million customers and is one of the largest home loan servicers in the country focused on delivering a variety of lending products, services, and

technologies to make the home loan process more rewarding and less worrisome for its customers.

3. In connection with its business, Mr. Cooper places account servicing calls to its customers. I am familiar with Mr. Cooper's practices and procedures for placing outbound and receiving inbound servicing calls and its dialing equipment and history, because I personally manage the dialer, workforce and operations reporting and analytics team. All of the records referred to herein were made and kept in the ordinary course of Mr. Cooper's business, and were prepared in the normal course of business at or near the time of the events to which they refer or reflect.

4. Based on an extensive review of Mr. Cooper's records, there is no record that Mr. Cooper's account servicing team placed a pre-recorded call to the telephone assigned the number ending in 6305 (the "6305 Number") that Plaintiff Cody Becker ("Plaintiff") makes the subject of his claims against Mr. Cooper, including on August 8, 2018. Mr. Cooper maintains a record of every inbound and outbound servicing call in its servicing call history, EDW and Verint, for a period of more than 4 years. The call information is maintained in Microsoft SQL format. At my direction, in November and December 2018, and in February 2019, Mr. Cooper conducted a detailed search of its servicing call history in EDW and Verint, including all prerecorded calls, for any call to the 6305 Number placed from November 1, 2014 to the present. The extensive search included inputting the 6305 Number in the phone number search field, without applying any date restrictions. Specifically, Mr. Cooper also conducted a review of the calls placed

by Mr. Cooper on August 8, 2018 to the 6305 Number. The search revealed no record of a servicing call placed to the 6305 Number on that date or at any other time.

5. The telephone number 866-316-2432 is used by Mr. Cooper. However, this number is a servicing caller ID and pursuant to Mr. Cooper's customary practice, is used only to place servicing calls to Mr. Cooper's customers. Plaintiff is not a customer of Mr. Cooper's. Mr. Cooper generally does not make servicing calls to non-customers and has no record of making a servicing call to the 6305 Number.

6. In addition, the message that Plaintiff alleges to have received, "This is an important message from Mr. Cooper, your home loan company, please call us at your earliest convenience, our toll-free number is 1-866-316-2432. Thank you," is one used only by Mr. Cooper's servicing team when calling its customers for account servicing purposes.

7. Since at least November 12, 2014, as a part of its customary practice and procedure, Mr. Cooper did not place servicing calls to its customers without the prior express consent of its customers. If Mr. Cooper places a pre-recorded servicing call, the call is placed to a phone number provided by the customer and as to which Mr. Cooper has no record of revocation of consent. Before November 2014, Nationstar completely overhauled its outbound dialing procedures to ensure full compliance with the TCPA and has continued to update its practices and procedures to ensure complete compliance. This overhaul included identifying all customers' cell phone numbers and obtaining each customer's prior express consent to call each phone number.

///

I declare under penalty of perjury under the laws of the United States of America that the following is true and correct.

Executed on ___February 15___, 2019 at Lewisville, Texas.

_____
Richard Volel