## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CODY BECKER, individually and on behalf of all others similarly situated,

                Plaintiff,

    v.

NATIONSTAR MORTGAGE, LLC, d/b/a MR. COOPER,

                Defendants.

Case No.: 0:18-cv-62747-MGC

## DECLARATION OF A.J. LOLL IN SUPPORT OF NATIONSTAR MORTGAGE, LLC D/B/A MR. COOPER'S
## MOTION TO DENY CLASS CERTIFICATION

I, A.J. Loll, hereby declare as follows:

1.    I am a United States citizen and over eighteen years of age. I am employed as a Vice President at Nationstar Mortgage LLC d/b/a Mr. Cooper ("Mr. Cooper"). I have been employed by Mr. Cooper since 2002. In this role, my responsibilities include oversight for all corporate witnesses regarding testimony and appearance for legal proceedings as related to business operations, policy and procedures, training and business records. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I would testify to the same.

2.    I am familiar with Mr. Cooper's procedures and sources for obtaining customers' phone numbers in connection with loans originated and/or serviced by Mr. Cooper because I personally review these policies and procedures in the regular course of my employment with Mr. Cooper. All of the records referred to herein were made and

US_ACTIVE-145220243.2-RYKIM

kept in the ordinary course of Mr. Cooper's business, and were prepared in the normal course of business at or near the time of the events to which they refer or reflect.

3.   Mr. Cooper obtains prior express consent to call its customers' cell phone numbers in various ways.  Mr. Cooper obtains a customer's number through various documents relating to loan origination submitted by the customer, including but not limited to loan applications, refinance applications, income verification documents, credit related documents, and appraisal related documents.   Mr. Cooper's online loan application includes a Telephone Consumer Protection Act disclosure:

> By entering this information, I understand that I am consenting for Nationstar Mortgage LLC, d/b/a Mr. Cooper (henceforth "Mr. Cooper") to contact me to discuss mortgage loan products and mortgage loan rate options at the email address and the phone number provided including via text messaging, automated or prerecorded means. Standard data and text messaging rates apply. I understand that my consent is not required as a condition to purchase a good or service.

Attached as **Exhibit A** is a true and correct copy of various loan origination documents through which customers have provided their phone numbers.  Personal information has been redacted to maintain the customers' confidentiality.

4.   Also, customers regularly provide a contact telephone number at varying times by calling or writing to Mr. Cooper via letter or email, or by logging on to Mr. Cooper's self-service website.  Attached as **Exhibit B** is a true and correct copy of a screen shot of Mr. Cooper's website where customers update their contact information online. In addition, customers regularly submit hardship letters and loan modification requests providing their cell phone numbers.  Attached as **Exhibit C** is a true and correct copy of examples of loan modification documents submitted by customers.  Personal information

has been redacted to maintain the customers' confidentiality.   Further, Mr. Cooper's representatives use scripts to verify whether a borrower can be called at a specific phone number.   Consequently, customers provide authorization to be called on their cellular phones during a phone call with a Mr. Cooper account representative.   Attached as **Exhibit D** is a true and correct copy of sample scripts used by Mr. Cooper's representatives to verify consent, and attached as **Exhibit E** is a true and correct copy of samples of account notes showing instances of when customers provided consent to be called.   Customers could also mail Mr. Cooper a Change of Telephone Number Form, which is provided with every monthly loan statement.   Attached as **Exhibit F** is a true and correct copy of a Change of Telephone Number Form.

I declare under penalty of perjury under the laws of the United States of America that the following is true and correct.

Executed on ___2-15_____, 2019 at Coppell, Texas.

_____
A.J. Loll

A. J. Loll, Vice President
Nationstar Mortgage LLC

# EXHIBIT A

**Various Loan Origination Documents
(Customer Info Redacted)**

## Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower," as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when □ the income or assets of a person other than the Borrower (including the Borrower's spouse) will be used as a basis for loan qualification or □ the income or assets of the Borrower's spouse or other person who has community property rights pursuant to state law will not be used as a basis for loan qualification, but his or her liabilities must be considered because the spouse or other person has community property rights pursuant to applicable law and Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

If this is an application for joint credit, Borrower and Co-Borrower each agree that we intend to apply for joint credit (sign below):

Borrower _____   Co-Borrower _____

### I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | □ VA  ☒ Conventional  □ Other (explain):  □ FHA  □ USDA/Rural Housing Service | Agency Case Number | Lender Case Number |
|---|---|---|---|

| Amount $ 203,600.00 | Interest Rate 4.500 % | No. of Months 360 | Amortization Type: | ☒ Fixed Rate  □ Other (explain):  □ GPM  □ ARM (type): |
|---|---|---|---|---|

### II. PROPERTY INFORMATION AND PURPOSE OF LOAN

| Subject Property Address (street, city, state & ZIP) | No. of Units 1 |
|---|---|

| Legal Description of Subject Property (attach description if necessary) SEE SCHEDULED A ATTACHED | Year Built |
|---|---|

| Purpose of Loan | □ Purchase  □ Construction  □ Other (explain):  ☒ Refinance  □ Construction-Permanent | Property will be:  □ Primary Residence  □ Secondary Residence  ☒ Investment |
|---|---|---|

**Complete this line if construction or construction-permanent loan.**

| Year Lot Acquired | Original Cost $ | Amount Existing Liens $ | (a) Present Value of Lot $ | (b) Cost of Improvements $ | Total (a + b) $ |
|---|---|---|---|---|---|

**Complete this line if this is a refinance loan.**

| Year Acquired 1985 | Original Cost $ 65,000.00 | Amount Existing Liens $ 199,426.00 | Purpose of Refinance Rate/Term No CashOut | Describe Improvements  □ made  □ to be made |
|---|---|---|---|---|

Cost: $

| Title will be held in what Name(s) | Manner in which Title will be held JOINT W/ROS | Estate will be held in:  ☒ Fee Simple  □ Leasehold (show expiration date) |
|---|---|---|

Source of Down Payment, Settlement Charges, and/or Subordinate Financing (explain)

### III. BORROWER INFORMATION

| Borrower | Co-Borrower |
|---|---|
| Borrower's Name (include Jr. or Sr. if applicable) | Co-Borrower's Name (include Jr. or Sr. if applicable) |

| Social Security Number | Home Phone (incl. area code) 606677 | DOB (mm/dd/yyyy) | Yrs. School | Social Security Number | Home Phone (incl. area code) 606677 | DOB (mm/dd/yyyy) | Yrs. School |
|---|---|---|---|---|---|---|---|

| ☒ Married  □ Separated  □ Unmarried (include single, divorced, widowed) | Dependents (not listed by Co-Borrower) no. 0  ages | ☒ Married  □ Separated  □ Unmarried (include single, divorced, widowed) | Dependents (not listed by Borrower) no. 0  ages |
|---|---|---|---|

| Present Address (street, city, state, ZIP) ☒ Own  □ Rent  ___ No. Yrs.  0 mos. | Present Address (street, city, state, ZIP) ☒ Own  □ Rent  ___ No. Yrs.  0 mos. |
|---|---|

| Mailing Address, if different from Present Address | Mailing Address, if different from Present Address |
|---|---|

If residing at present address for less than two years, complete the following:

| Former Address (street, city, state, ZIP) □ Own  □ Rent  ___ No. Yrs.  ___ mos. | Former Address (street, city, state, ZIP) □ Own  □ Rent  ___ No Yrs.  ___ mos. |
|---|---|

### IV. EMPLOYMENT INFORMATION

| Borrower | Co-Borrower |
|---|---|
| Name & Address of Employer  □ Self Employed | Yrs. on this job Yrs/0 Mnths | Name & Address of Employer  □ Self Employed | Yrs. on this job Yrs/0 Mnths |

| | Yrs. employed in this line of work/profession | | Yrs. employed in this line of work/profession |
|---|---|---|---|

| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |
|---|---|---|---|

If employed in current position for less than two years or if currently employed in more than one position, complete the following:

| Name & Address of Employer  □ Self Employed | Dates (from - to) | Name & Address of Employer  □ Self Employed | Dates (from - to) |
|---|---|---|---|

| | Monthly Income $ | | Monthly Income $ |
|---|---|---|---|

| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |
|---|---|---|---|

| Name & Address of Employer  □ Self Employed | Dates (from - to) | Name & Address of Employer  □ Self Employed | Dates (from - to) |
|---|---|---|---|

| | Monthly Income $ | | Monthly Income $ |
|---|---|---|---|

| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |
|---|---|---|---|

Uniform Residential Loan Application
Fannie Mae/Freddie Mac
VMP ®
Wolters Kluwer Financial Services

Fannie Mae Form 1003 7/05 (Rev. 6/09)
Freddie Mac Form 65 7/05 (Rev. 6/09)
VMP21N (0907).01
Page 1 of 4

01/22/2013    8:1:34

## VI. ASSETS AND LIABILITIES (cont'd)

**Schedule of Real Estate Owned** (If additional properties are owned, use continuation sheet.)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) ▼ | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| SEE SCHEDULE OF REAL ESTATE OWNED | | $ | $ | $ | $ | $ | $ |
| | | | | | | | |
| | | | | | | | |
| | Totals | $ | $ | $ | $ | $ | $ |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

| Alternate Name | Creditor Name | Account Number |
|---|---|---|
| | | |

## VII. DETAILS OF TRANSACTION

| | |
|---|---|
| a. Purchase price | $ |
| b. Alterations, improvements, repairs | |
| c. Land (if acquired separately) | |
| d. Refinance (incl. debts to be paid off) | 199,169.47 |
| e. Estimated prepaid items | 487.89 |
| f. Estimated closing costs | 5,134.60 |
| g. PMI, MIP, Funding Fee | |
| h. Discount (if Borrower will pay) | 132.34 |
| i. **Total costs** (add items a through h) | 204,924.30 |
| j. Subordinate financing | |
| k. Borrower's closing costs paid by Seller | |
| l. Other Credits (explain) | |
| **Fees pd outside closing** | 20.00 |
| **Lender Paid Fees** | .20 |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | 203,600.00 |
| n. PMI, MIP, Funding Fee financed | |
| o. Loan amount (add m & n) | 203,600.00 |
| p. Cash from/to Borrower (subtract j, k, l & o from i) | 1,304.10 |

## VIII. DECLARATIONS

If you answer "Yes" to any questions a through i, please use continuation sheet for explanation.

| | Borrower Yes | Borrower No | Co-Borrower Yes | Co-Borrower No |
|---|---|---|---|---|
| a. Are there any outstanding judgments against you? | | X | | X |
| b. Have you been declared bankrupt within the past 7 years? | | X | | X |
| c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | | X | | X |
| d. Are you a party to a lawsuit? | | X | | X |
| e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? (This would include such loans as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage, financial obligation, bond, or loan guarantee. If "Yes," provide details, including date, name, and address of Lender, FHA or VA case number, if any, and reasons for the action.) | | X | | X |
| f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? If "Yes," give details as described in the preceding question. | | X | | X |
| g. Are you obligated to pay alimony, child support, or separate maintenance? | | X | | X |
| h. Is any part of the down payment borrowed? | | X | | X |
| i. Are you a co-maker or endorser on a note? | | X | | X |
| j. Are you a U.S. citizen? | X | | X | |
| k. Are you a permanent resident alien? | | X | | X |
| l. **Do you intend to occupy the property as your primary residence?** If "Yes," complete question m below | | X | | X |
| m. Have you had an ownership interest in a property in the last three years? | | X | X | |
| (1) What type of property did you own — principal residence (PR), second home (SH), or investment property (IP)? | PR | | PR | |
| (2) How did you hold title to the home — solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | SP | | SP | |

## IX. ACKNOWLEDGEMENT AND AGREEMENT

Each of the undersigned specifically represents to Lender and to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and assigns and agrees and acknowledges that: (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of this information contained in this application may result in civil liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Sec. 1001, et seq.; (2) the loan requested pursuant to this application (the "Loan") will be secured by a mortgage or deed of trust on the property described in this application; (3) the property will not be used for any illegal or prohibited purpose or use; (4) all statements made in this application are made for the purpose of obtaining a residential mortgage loan; (5) the property will be occupied as indicated in this application; (6) the Lender, its servicers, successors or assigns may retain the original and/or an electronic record of this application, whether or not the Loan is approved; (7) the Lender and its agents, brokers, insurers, servicers, successors, and assigns may continuously rely on the information contained in the application, and I am obligated to amend and/or supplement the information provided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan; (8) in the event that my payments on the Loan become delinquent, the Lender, its servicers, successors or assigns may, in addition to any other rights and remedies that it may have relating to such delinquency, report my name and account information to one or more consumer reporting agencies; (9) ownership of the Loan and/or administration of the Loan account may be transferred with such notice as may be required by law; (10) neither Lender nor its agents, brokers, insurers, servicers, successors or assigns has made any representation or warranty, express or implied, to me regarding the property or the condition or value of the property; and (11) my transmission of this application as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or my facsimile transmission of this application containing a facsimile of my signature, shall be as effective, enforceable and valid as if a paper version of this application were delivered containing my original written signature.

**Acknowledgement.** Each of the undersigned hereby acknowledges that any owner of the Loan, its servicers, successors and assigns, may verify or reverify any information contained in this application or obtain any information or data relating to the Loan, for any legitimate business purpose through any source, including a source named in this application or a consumer reporting agency.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X | | X | |

## X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling in order to monitor the lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a lender may not discriminate either on the basis of this information, or on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, under Federal regulations, this lender is required to note the information on the basis of visual observation and surname if you have made this application in person. If you do not wish to furnish the information, please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the lender is subject under applicable state law for the particular type of loan applied for.)

| BORROWER | I do not wish to furnish this information. | CO-BORROWER | I do not wish to furnish this information. |
|---|---|---|---|
| **Ethnicity:** | Hispanic or Latino / Not Hispanic or Latino | **Ethnicity:** | Hispanic or Latino / Not Hispanic or Latino |
| **Race:** | American Indian or Alaska Native / Asian / Native Hawaiian or Other Pacific Islander / Black or African American / White | **Race:** | American Indian or Alaska Native / Asian / Native Hawaiian or Other Pacific Islander / Black or African American / White |
| **Sex:** | Female / Male | **Sex:** | Female / Male |

**To be Completed by Loan Originator**
This information was provided:

| | |
|---|---|
| In a face-to-face interview | By the applicant and submitted by fax or mail |
| [X] In a telephone interview | By the applicant and submitted via e-mail or the Internet |

| Loan Originator's Signature | State Lic # | Date |
|---|---|---|
| X | | |

| Loan Originator's Name (print or type) | Loan Originator Identifier | Loan Originator's Phone Number (including area code) |
|---|---|---|
| | NMLS# | 972-316- |

| Loan Origination Company's Name | Loan Origination Company Identifier | Loan Origination Company's Address |
|---|---|---|
| NATIONSTAR MORTGAGE LLC | NMLS# | |

Uniform Residential Loan Application
Fannie Mae/Freddie Mac
VMP ®
Wolters Kluwer Financial Services

Fannie Mae Form 1003 7/05 (Rev. 6/09)
Freddie Mac Form 65 7/05 (Rev. 6/09)
VMP21N (0907).01
Page 3 of 4

01/22/2013    8:1:34

## BORROWER'S TITLE AFFIDAVIT

State of ████
County ████
Property Address: ██ ██████████ ██ ██ ████

The undersigned, and each of them, does solemnly swear that:

1. **I own the Property.** I have owned and have possessed the above Property (the Property) since the date the deed to me was recorded in the public land records. No one has challenged my ownership or right to possess the Property.

2. **No unknown owners or spousal rights.** Everyone who owns or claims an interest in the Property is listed below and is signing this affidavit. No person signing below who is married is separated from his/her spouse or a party to any divorce proceeding. No interest in the Property has been awarded to or liened for any current or former spouse, nor is the Property subject to any support obligations or other awards to any spouse.

3. **No unpaid homeowner's dues.** All Homeowner's Association or Condominium Dues are paid to date.

4. **No unpaid taxes.** All bills for real estate taxes, special assessments such as for sewers, sidewalks, curbs, paving or similar improvements, have been paid or are not yet due and payable, and I have not received notice of any such special assessment. All water, sewer, and other municipal fees are current and paid to date or are not yet due.

5. **Other mortgages.** I will disclose to you any other Mortgage or Deed of Trust against the Property that is not being paid off or subordinated as reflected on the HUD-1 settlement statement; I have no other loan applications or loan transactions pending which would result in a lien on the Property. I agree to provide, now and in the future as may be requested, my assistance to you or your title insurer or its attorneys or agents, including the signing of copies of loan documents, or any additional documents considered necessary by the lender or its title insurer. If there is another Mortgage or Deed or Trust on the Property, I identify it as follows:

   Lender: _____

   Account No.: _____

6. **No Liens.** Other than the mortgage loan I disclosed above, there are no monetary liens, judgments, federal or state tax liens, leases, or any rights of first refusal or options to purchase, or other monetary encumbrances against the Property except:
   _____ *N/A* _____

   _____

7. **No mechanic's lien claims.** All labor and material used in any construction or repairs on the Property has been fully paid for. I am not aware that anyone has filed or intends to file a mechanic's lien against the Property.

8. **No bankruptcy.** I have not sought or been made subject to protection under Bankruptcy statutes.

9. **No environmental hazards.** There has been no claim made of the presence, use, or release of any hazardous substance(s) on the Property.

10. **No Government notice.** No notice has been received from any governmental authority for the removal or abatement of any environmental violation or nuisance, for the violation of any environmental law or zoning regulation, or concerning the condemnation of any part of the Property.

11. **Addition of complete legal description.** After execution of the Mortgage or Deed of Trust, a legal description of the Property will be attached to the Mortgage or Deed of Trust (the "Legal Description"). I authorize Lender and/or its title insurer, attorney or agent to attach the Legal Description to the Mortgage or Deed of Trust in order to correctly reflect my intention that the Mortgage or Deed of Trust becomes a lien on the Property. I have been informed that the Legal Description may be in an abbreviated format. If later considered necessary to properly identify the Property in the Mortgage or Deed of Trust, I authorize the Lender and/or its title insurer, attorney or agent to amend or correct the Legal Description so that it is recorded and indexed properly in the land records, without requiring me to re-execute or re-acknowledge the Mortgage or Deed of Trust.

12. **No encroachments.** I am familiar with the location of the building(s) on the Property, and no improvement has been erected that encroaches or has been claimed to encroach on any adjoining property; similarly, no buildings or other improvements have been erected on adjoining lots that encroach onto the Property; the Property is not serviced by a common driveway with any adjoining lots; and no boundary lines are disputed by adjoining land owners.

13. **Access.** The Property is located on, or has vehicular access to, a public road.

14. **For Properties Located In Florida Only:**
   a. I am refinancing an existing mortgage on the Property and I purchased title insurance in connection with the refinanced mortgage insuring me and/or the lender and its successors or assigns, which provided survey coverage and did not identify any specific encroachments, overlaps or boundary line issues. I am familiar with the Property, and there are no existing boundary line issues, nor, to the best of my knowledge, are there any encroachments onto adjoining property or onto any easements or setback areas, nor does any adjoining improvement encroach into the Property.
   b. This affidavit is given for the purpose of inducing a title insurance company to issue a title insurance policy to a lender without exception for matters that would be reflected on a current and accurate survey of the property.

15. **For Properties Located in Ohio Only:**
   Pursuant to Ohio Rev. Code Section 3953.35(A), for any loan not in excess of $75,000, the Title Insurance Company is required to "disclose to the consumer that the consumer does not have to close on the loan." You are advised to contact an attorney to determine all of your rights with respect to the terms of the loan.

16. **For Properties located in** ▓▓▓▓▓
   I/We are in possession of an Owners policy of title insurance on the subject property. I/We agree to send a copy of the Owners policy to LSI, ATTN: Escrow Operations, 700 Cherrington Parkway, CORAOPOLIS, PA, 15108

   Amount of Original Purchase Price: $ ▓▓▓▓▓

   Date of Original Purchase $ ▓▓▓▓▓

I acknowledge: (1) that this Borrower's Title Affidavit is executed under oath for the purpose of inducing the Lender named above to make the Loan and for its title insurer to provide title insurance thereon; and (2) that the Lender will rely upon this Borrower's Title Affidavit in making the Loan and its title insurer, attorney or agent will rely on this Borrower's Title Affidavit in issuing insurance thereon. I affirm that the information set out above is correct and complete. If I am unsure whether any of the statements above are untrue, I will not sign below but will call the Lender before proceeding.

I agree to indemnify and hold harmless the Lender and/or its title insurer, attorney or agent from any loss, damage expense or other policy benefit paid under a policy of title insurance related to or arising from any inaccuracy of any of the statements above.

Mortgagor(s)/Trustor(s)/Borrower(s):

Signature: ▓▓▓▓▓                                    Date: ▓▓▓▓▓

Print Name: ▓▓▓▓▓

Phone Number: 606  677 ▓▓            Social Security Number: XXX-XX- ▓▓▓▓▓

Signature: ▓▓▓▓▓                                    Date: ▓▓

Print Name: ▓▓▓▓▓

Phone Number: 606 - 677 - ▓▓▓        Social Security Number: XXX-XX- ▓▓▓▓▓

Signature: _____ Date: _____

Print Name: _____

Phone Number: _____ Social Security Number: XXX-XX- __ __ __ __

Sworn to and subscribed before me, by the above named Mortgagor(s)/Trustor(s)/Borrower(s), on this ▓▓▓ day of ▓▓▓▓▓ before me a Notary Public for the County of _____

and State of ▓▓▓▓▓ .

Notary Signature: ▓▓▓▓▓

My Commission Expires: ▓▓▓▓▓        (Notary Seal)

"Notary Public"
State at Large, Kentucky

10/23/2006 11:17 FAX  703356241□  FIRST GUARANTY MORTGAGE  ☑008/020

FIRST GUARANTY MORTGAGE

## Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower," as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when □ the income or assets of a person other than the Borrower (including the Borrower's spouse) will be used as a basis for loan qualification or □ the income or assets of the Borrower's spouse or other person who has community property rights pursuant to state law will not be used as a basis for loan qualification, but his or her liabilities must be considered because the spouse or other person has community property rights pursuant to applicable law and Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

If this is an application for joint credit, Borrower and Co-Borrower each agree that we intend to apply for joint credit (sign below)

Borrower ▇▇▇▇▇                                    Co-Borrower

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | VA ☐  Conventional ☒  Other (explain) | | Agency Case Number | Lender Case Number |
|---|---|---|---|---|
| | FHA ☐  USDA/Rural Housing Service ☐ | | | 6300609041 |

| Amount | Interest Rate | No. of Months | Amortization Type: | Fixed Rate ☒  Other (explain) BALLOON |
|---|---|---|---|---|
| $56,400.00 | 8.6500% | 360 | | GPM ☐  ARM (type) |

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

| Subject Property Address (street, city, state & ZIP) | | No. of Units |
|---|---|---|
| | | 1 |

| Legal Description of Subject Property (attach description if necessary) | Year Built |
|---|---|
| | |

| Purpose of Loan | Purchase ☒  Construction/Other (explain) | | Property will be: |
|---|---|---|---|
| | Refinance ☐  Construction-Permanent ☐ | | Primary Residence ☒  Secondary Residence ☐  Investment ☐ |

**Complete this line if construction or construction-permanent loan.**

| Year Lot Acquired | Original Cost | Amount Existing Liens | (a) Present Value of Lot | (b) Cost of Improvements | Total (a + b) |
|---|---|---|---|---|---|
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Complete this line if this is a refinance loan.**

| Year Acquired | Original Cost | Amount Existing Liens | Purpose of Refinance | Describe Improvements | made ☐  to be made ☐ |
|---|---|---|---|---|---|
| | $ | $ | | Cost $ | |

| Title will be held in what Name(s) | Manner in which Title will be held | Estate will be held in |
|---|---|---|
| | AS TENANTS BY THE ENTIRETY | Fee Simple ☒  Leasehold (show expiration date) |

Source of Down Payment, Settlement Charges, and/or Subordinate Financing (explain)
EQUITY ON SOLD PROPERTY

## III. BORROWER INFORMATION

| | Borrower | | Co-Borrower |
|---|---|---|---|
| Borrower's Name (include Jr. or Sr. if applicable) | | Co-Borrower's Name (include Jr. or Sr. if applicable) | |

| Social Security Number | Home Phone (incl. area code) | DOB (mm/dd/yyyy) | Yrs. School | Social Security Number | Home Phone (incl. area code) | DOB (mm/dd/yyyy) | Yrs. School |
|---|---|---|---|---|---|---|---|
| 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 | (240) 687-▇ | | | | | | |

| Married ☒  Unmarried (include single, divorced, widowed) ☐  Separated ☐ | Dependents (not listed by Co-Borrower) no.____ ages____ | Married ☐  Unmarried (include single, divorced, widowed) ☐  Separated ☐ | Dependents (not listed by Borrower) no.____ ages____ |
|---|---|---|---|

| Present Address (street, city, state, ZIP) Own ☒  Rent ☐  5.0 No. Yrs | Present Address (street, city, state, ZIP) Own ☐  Rent ☐  ____ No. Yrs |
|---|---|

| Mailing Address, if different from Present Address | Mailing Address, if different from Present Address |
|---|---|

If residing at present address for less than two years, complete the following:

| Former Address (street, city, state, ZIP) Own ☐  Rent ☐  No. Yrs | Former Address (street, city, state, ZIP) Own ☐  Rent ☐  No. Yrs |
|---|---|

## IV. EMPLOYMENT INFORMATION

| | Borrower | | | Co-Borrower | |
|---|---|---|---|---|---|
| Name & Address of Employer | Self Employed ☐ | Yrs. on this job | Name & Address of Employer | Self Employed ☐ | Yrs. on this job |
| | | Yrs. employed in this line of work/profession | | | Yrs. employed in this line of work/profession |

| Position/Title/Type of Business | Business Phone (incl. area code) (301) 794 | Position/Title/Type of Business | Business Phone (incl. area code) |
|---|---|---|---|

If employed in current position for less than two years or if currently employed in more than one position, complete the following:

| Name & Address of Employer | Self Employed ☐ | Dates (from - to) | Name & Address of Employer | Self Employed ☐ | Dates (from - to) |
|---|---|---|---|---|---|
| | | Monthly Income | | | Monthly Income |

| Position/Title/Type of Business | Business Phone (incl. area code) $ | Position/Title/Type of Business | Business Phone (incl. area code) $ |
|---|---|---|---|

| Name & Address of Employer | Self Employed ☐ | Dates (from - to) | Name & Address of Employer | Self Employed ☐ | Dates (from - to) |
|---|---|---|---|---|---|
| | | Monthly Income | | | Monthly Income |

| Position/Title/Type of Business | Business Phone (incl. area code) $ | Position/Title/Type of Business | Business Phone (incl. area code) $ |
|---|---|---|---|

Freddie Mac Form 65 7/05                                                                 Fannie Mae Form 1003 7/05

10/23/2006 11:19 FAX 7033562●●●          FIRST GUARANTY MORTGAGE          ☑010/020

## VI. ASSETS AND LIABILITIES (cont'd)

Schedule of Real Estate Owned (If additional properties are owned, use continuation sheet)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) ▼ | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| | | $ | $ | $ | $ | $ | $ |
| | | | | | | | |
| | | | | | | | |
| Totals | | $ | $ | $ | $ | $ | $ |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

| Alternate Name | Creditor Name | Account Number |
|---|---|---|
| | | |

## VII. DETAILS OF TRANSACTION

| | | |
|---|---|---|
| a. Purchase price | $ | 389,900.00 |
| b. Alterations, improvements, repairs | | |
| c. Land (if acquired separately) | | |
| d. Refinance (incl. debts to be paid off) | | |
| e. Estimated prepaid items | | |
| f. Estimated closing costs | | 1,021.00 |
| g. PMI, MIP, Funding Fee | | |
| h. Discount (if Borrower will pay) | | |
| i. Total costs (add items a through h) | | 390,921.00 |
| j. Subordinate financing | | 311,000.00 |
| k. Borrower's closing costs paid by Seller | | 3,500.00 |
| l. Other Credits (explain) EARNEST MONEY | | 4,000.00 |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | | 58,400.00 |
| n. PMI, MIP, Funding Fee financed | | |
| o. Loan amount (add m & n) | | 58,400.00 |
| p. Cash XXXto Borrower (subtract j, k, l & o from i) | | 25,794.00 |

## VIII. DECLARATIONS

| | | Borrower | | Co-Borrower | |
|---|---|---|---|---|---|
| If you answer "Yes" to any questions a through i, please use continuation sheet for explanation. | | Yes | No | Yes | No |
| a. Are there any outstanding judgments against you? | | | X | | |
| b. Have you been declared bankrupt within the past 7 years? | | | X | | |
| c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | | | X | | |
| d. Are you a party to a lawsuit? | | | X | | |
| e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? (This would include such loans as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage, financial obligation, bond, or loan guarantee. If "Yes," provide details, including date, name, and address of Lender, FHA or VA case number, if any, and reasons for the action.) | | | X | | |
| f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? If "Yes," give details as described in the preceding question. | | | X | | |
| g. Are you obligated to pay alimony, child support, or separate maintenance? | | | X | | |
| h. Is any part of the down payment borrowed? | | | X | | |
| i. Are you a co-maker or endorser on a note? | | | X | | |
| j. Are you a U.S. citizen? | | X | | | |
| k. Are you a permanent resident alien? | | | X | | |
| l. Do you intend to occupy the property as your primary residence? If "Yes," complete question m below. | | X | | | |
| m. Have you had an ownership interest in a property in the last three years? | | X | | | |
| (1) What type of property did you own—principal residence (PR), second home (SH), or investment property (IP)? | | PR | | | |
| (2) How did you hold title to the home—solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | | S | | | |

## IX. ACKNOWLEDGEMENT AND AGREEMENT

Each of the undersigned specifically represents to Lender and to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and assigns and agrees and acknowledges that (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of this information contained in this application may result in civil liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Sec. 1001, et seq.; (2) the loan requested pursuant to this application (the "Loan") will be secured by a mortgage or deed of trust on the property described in this application; (3) the property will not be used for any illegal or prohibited purpose or use; (4) all statements made in this application are made for the purpose of obtaining a residential mortgage loan; (5) the property will be occupied as indicated in this application; (6) the Lender, its servicers, successors or assigns may retain the original and/or an electronic record of this application, whether or not the Loan is approved; (7) the Lender and its agents, brokers, insurers, servicers, successors, and assigns may continuously rely on the information contained in the application, and I am obligated to amend and/or supplement the information provided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan; (8) in the event that my payments on the Loan become delinquent, the Lender, its servicers, successors or assigns may, in addition to any other rights and remedies that it may have relating to such delinquency, report my name and account information to one or more consumer reporting agencies; (9) ownership of the Loan and/or administration of the Loan account may be transferred with such notice as may be required by law; (10) neither Lender nor its agents, brokers, insurers, servicers, successors or assigns has made any representation or warranty, express or implied, to me regarding the property or the condition or value of the property; and (11) my transmission of this application as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or my facsimile transmission of this application containing a facsimile of my signature, shall be as effective, enforceable and valid as if a paper version of this application were delivered containing my original written signature.

Acknowledgment. Each of the undersigned hereby acknowledges that any owner of the Loan, its servicers, successors and assigns, may verify or reverify any information contained in this application or obtain any information or data relating to the Loan, for any legitimate business purpose through any source, including a source named in this application or a consumer reporting agency.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X | | X | |

## X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling in order to monitor the lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a lender may not discriminate either on the basis of this information, or on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, under Federal regulations, this lender is required to note the information on the basis of visual observation and surname if you have made this application in person. If you do not wish to furnish the information, please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the lender is subject under applicable state law for the particular type of loan applied for.)

| BORROWER | ☐ I do not wish to furnish this information | | | CO-BORROWER | ☐ I do not wish to furnish this information | | |
|---|---|---|---|---|---|---|---|
| Ethnicity: | ☐ Hispanic or Latino | ☐ Not Hispanic or Latino | | Ethnicity: | ☐ Hispanic or Latino | ☐ Not Hispanic or Latino | |
| Race: | ☐ American Indian or Alaska Native | ☐ Asian | ☐ Black or African American | Race: | ☐ American Indian or Alaska Native | ☐ Asian | ☐ Black or African American |
| | ☐ Native Hawaiian or Other Pacific Islander | ☐ White | | | ☐ Native Hawaiian or Other Pacific Islander | ☐ White | |
| Sex: | ☐ Female | ☐ Male | | Sex: | ☐ Female | ☐ Male | |

| To be Completed by Interviewer | Interviewer's Name (print or type) | Name and Address of Interviewer's Employer |
|---|---|---|
| This application was taken by | Interviewer's Signature          Date | |
| ☐ Face-to-face interview | | |
| ☐ Mail | | |
| ☒ Telephone | Interviewer's Phone Number (incl. area code) | |
| ☐ Internet | (800) 920●●● | |

# EXPERIENCE THE MR. COOPER DIFFERENCE

Whether you want to buy a new home or refinance, now is a great time to explore your options with us.

Contact one of our home loan professionals now to learn more.

---

# CALL US NOW: 844-505-3221 (TEL:844-505-3221)

## OR

## PREFER WE CONTACT YOU?

First, tell us what you're getting in touch about:

Please Select

### ARE YOU AN EXISTING CUSTOMER?

Please Select

### FIRST NAME

First Name

### LAST NAME

Last Name

**PROPERTY LOCATION**

Please Select

**PHONE NUMBER**

XXX-XXX-XXXX

**EMAIL**

email@example.com

**SUBMIT**

By entering this information, I understand that I am consenting for Nationstar Mortgage LLC. d/b/a Mr. Cooper (henceforth "Mr. Cooper") to contact me to discuss mortgage loan products and mortgage loan rate options at the email address and the phone number provided including via text messaging, automated or pre-recorded means. Standard data and text messaging rates apply. I understand that my consent is not required as a condition to purchase a good or service.

Mr. Cooper respects your privacy and treats your confidential information as such. Please review our Privacy Policy (/privacy). See Terms and Conditions (/terms_of_use) for Mr. Cooper's cellular phone contact policy.

## IMPORTANT DISCLOSURES

This is not a commitment to lend. All loans are subject to credit and property approval. This offer is non-transferable and may not be combined with any other mortgage offer. Advertised offer is subject to change. If a personal code is present on the advertised offer, you must provide such code to claim the offer. We may gather information about you including, but not limited to, credit bureau information, information for verification of income, information for appraisal and verification of property being used for collateral. We also verify your identity. Income, assets, and debt must meet eligibility requirements as established by Government and/or Lender guidelines.

By refinancing your existing mortgage, your total finance charges may be higher over the life of the loan.

1. Debt Consolidation Disclosure: A debt consolidation refinance increases your mortgage debt, reduces equity, and extends the term on shorter-term debt and secures such debt with your home. The relative benefits you receive from debt consolidation will vary depending on your individual circumstances. You should consider that a debt

consolidation loan may increase the total number of monthly payments and the total amount paid over the term of the loan. To enjoy the benefits of a debt consolidation loan, you should not carry new credit card or other high interest rate debt.

2. <u>Debt Payment Reduction Disclosure</u>: Average monthly debt payment reduction figure of over $500/month based on Mr. Cooper refinances from June 2017 – May 2018 in which a customer paid off at least one non-mortgage debt. Comparison between total minimum monthly debt payments before and after refinance. Individual results will vary.

3. <u>Purchase Loan Discount For Existing Customers</u>: Offer is only available to existing customers serviced by Nationstar Mortgage LLC d/b/a Mr. Cooper on new purchase loan transactions that close with Mr. Cooper. Mr. Cooper will apply .5% in discount points compared to non-portfolio customer pricing. This additional discount translates to a credit $500 of discount points for every $100,000 in final loan amount. As an example, if your final loan amount is $200,000.00, Mr. Cooper will apply $1,000.00 (.5% of 200,000) towards discount points at time of rate lock. Offer is subject to change. Offer applies to new purchase loan applications submitted on or after 2/12/2018 and close with Mr. Cooper.

# EXHIBIT B

**Screen Shot of Mr. Cooper's Website Where Customers Update Their Contact Information Online**

SETTINGS

MY PROFILE     COMMUNICATION SETTINGS     AUTHORIZE 3RD PARTY

## CONTACT INFO

**EMAIL ADDRESS**

PRETTYOLDLADY48@GMAIL.COM

**HOME PHONE**

757-549-1116          ☑ MOBILE?

[ OFF ]   Turn the switch "ON" to authorize us to more effectively contact you at this number using automated technology for calls, texts and pre-recorded voice messages - regarding the servicing of your loan. Standard text messaging and data rates may apply.

**WORK PHONE**

XXX-XXX-XXXX          ☐ MOBILE?

**OTHER PHONE**

757-549-1116          ☐ MOBILE?

**OTHER PHONE**

757-295-6674          ☑ MOBILE?

[ ON ]   Turn the switch "OFF" to end authorization for us to contact you at this number using automated technology for calls, texts and pre-recorded voice messages—regarding the servicing of your loan.

**SAVE CHANGES**

CANCEL

---

**MY LOANS**

LOAN
#654038611
446 SAN ROMAN DR

PAYMENTS

STATEMENTS

ESCROW

SUPPORT

---

ABOUT US                CORRESPONDENT            TERMS OF USE
CAREERS                 WHOLESALE                PRIVACY
INVESTOR RELATIONS      BROKER & AGENT SERVICES  LICENSING INFORMATION
BLOG                    MASTER SERVICING         COMPLAINTS
PRESS                   CUSTOMER TESTIMONIALS    CA, NV, SC & WA RESIDENTS
CONTACT US              CORPORATE RESPONSIBILITY
                        SITEMAP



mr.
cooper
CHANGING THE FACE OF HOME LOANS

   

## SETTINGS

MY PROFILE    COMMUNICATION SETTINGS    AUTHORIZE 3RD PARTY

### NAME

BELINDA O CONNELL

### MAILING ADDRESS

ADDRESS
446 SAN ROMAN DR
CHESAPEAKE, VA 23322

### CONTACT INFO

EMAIL
PRETTYOLDLADY48@GMAIL.COM

HOME PHONE
757-549-1116

OTHER PHONE
757-549-1116

OTHER PHONE
757-295-6674

### PASSWORD

Last Changed: February 08, 2019

### SECURITY QUESTION

security question not shown in admin view

### LANGUAGE PREFERENCE

LANGUAGE
English

---

**ABOUT US**
**CAREERS**
**INVESTOR RELATIONS**
**BLOG**
**PRESS**
**CONTACT US**

CORRESPONDENT
WHOLESALE
BROKER & AGENT SERVICES
MASTER SERVICING
CUSTOMER TESTIMONIALS
CORPORATE RESPONSIBILITY
SITEMAP

TERMS OF USE
PRIVACY
LICENSING INFORMATION
COMPLAINTS
CA, NV, SC & WA RESIDENTS



  



©2019 Nationstar Mortgage LLC, d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC.
**NMLS**: #2119 NMLS Consumer Access (www.nmlsconsumeraccess.org).

**Customer Service**
888-480-2432

---

**MY LOANS**

**LOAN**
**#654038611**
**446 SAN ROMAN DR**

PAYMENTS

STATEMENTS

ESCROW

SUPPORT

# EXHIBIT C

**Example of Loan Modification Documents Submitted by
Customers (Customer Info Redacted)**

Copy

█████████████

Hello Nationstar Mortgage, Mr. Cooper. Attention Charlotte Kelly ,

Re; loan number ████████
████████████████████████████

Mr. Cooper, I've had this property now since ████. I've never really been behind on payments. I have approached Nationstar before to adjust the loan and or interest rate to head-off a potential problem with no success. Now that has happened. I would like to work through this if possible.

I unexpectedly lost my job last year in ███████ I've enclosed unemployment check stubs dating back to ██████ through ████████ Also, as luck would have it, my renter I've had in the property for 12 years now is in the hospital and as of right I haven't received ████████ rent.

My credit is good and over all expenses are low / reasonable. With a lower interest rate with or without a renter I can pay the mortgage.

I've providing a current HOA statement. I'm current and have never been behind. I'm also providing a recent back statement. Also, the first paycheck stub for one week on the new job, however, as luck would have it, I got a better good solid job with ██████ Corporation and I've enclosed the offer letter from them and a second letter showing my start date of ████████ ████. I'm also providing you with my rent statement for a place I lease in ███████ in ████████

Also note, on the expense sheet I filled out it didn't ask for auto insurance expense which is ████. per month, cell phone with is ████. per month and internet, ██████ per month.

And please make one more note; My mailing address is ████████████████
████ Please only use that address when checking my credit and mailing. Do not use the ████████████████████████████ address on my credit report. This address is just a place I lease, I don't own it. I don't want a bunch of different addresses on my credit report. I had the address at ████████████████████ for 15 years. I live down the street from that address now.

Anything else ?, please let me know. Thank you very much.

█████████████

Email████████████████ ...714-225-████

Copy

## UNIFORM BORROWER ASSISTANCE FORM

If you are experiencing a temporary or long-term hardship and need help, you must complete and submit this form along with other required documentation to be considered for available solutions.  On this page, you must disclose information about (1) you and your intentions to either keep or transition out of your home; (2) the property's status; (3) bankruptcy; and (4) your credit counseling agency.

On Page 2, you must disclose information about **all** of your income, expenses and assets.  Page 2 also lists the required income documentation that you must submit in support of your request for assistance.  Then on Page 3, you must complete the Hardship Affidavit in which you disclose the nature of your hardship.  The Hardship Affidavit informs you of the required documentation that you must submit in support of your hardship claim.

**NOTICE:  In addition, when you sign and date this form, you will make important certifications, representations and agreements, including certifying that all of the information in this Borrower Assistance Form is accurate and truthful and any identified hardship has contributed to your submission of this request for mortgage relief.**

**REMINDER:  The Borrower Response Package you need to return consists of: (1) this completed, signed and dated Borrower Assistance Form; (2) completed and signed IRS Form 4506T-EZ (4506T for self-employed borrowers or borrowers with rental income); (3) required income documentation; and (4) required hardship documentation.**

| Loan Number | | (usually found on your monthly mortgage statement) |
|---|---|---|
| Servicer's Name _Mr. Cooper_ ? | | |

| I want to: | ☑ Keep the Property | ☐ Vacate the Property | ☐ Sell the Property | ☐ Undecided |
|---|---|---|---|---|

| The property is currently: | ☐ My Primary Residence | ☐ A Second Home | ☑ An Investment Property |
|---|---|---|---|

| The property is currently: | ☐ Owner Occupied | ☑ Renter Occupied | ☑ Vacant |
|---|---|---|---|

| BORROWER | CO-BORROWER |
|---|---|
| BORROWER'S NAME | CO-BORROWER'S NAME |
| SOCIAL SECURITY NUMBER     DATE OF BIRTH | SOCIAL SECURITY NUMBER     DATE OF BIRTH |
| HOME PHONE NUMBER WITH AREA CODE | HOME PHONE NUMBER WITH AREA CODE |
| CELL OR WORK NUMBER WITH AREA CODE  714-225- | CELL OR WORK NUMBER WITH AREA CODE |
| MAILING ADDRESS | (email |
| PROPERTY ADDRESS (IF SAME AS MAILING ADDRESS, JUST WRITE SAME) | EMAIL ADDRESS |

| | |
|---|---|
| Is the property listed for sale? ☐ Yes ☑ No | Have you contacted a credit counseling agency for help? |
| If yes, what was the listing date? _____ | ☐ Yes  ☑ No |
| If property has been listed for sale, have you received an offer on the property? ☐ Yes ☑ No | If yes, please complete the counselor contact information below: |
| Date of offer: _____   Amount of Offer: $ _____ | Counselor's Name: _____ |
| Agent's Name: _____ | Agency's Name: _____ |
| Agent's Phone Number: _____ | Counselor's Phone Number: _____ |
| For Sale by Owner? ☐ Yes ☑ No | Counselor's Email Address: _____ |
| Do you have condominium or homeowner association (HOA) fees? ☑ Yes ☐ No | |
| Total monthly amount: | Name and address these fees are paid to: |

| Have you filed for bankruptcy? ☑ Yes ☐ No | If yes: ☑ Chapter 7 ☐ Chapter 11 ☐ Chapter 12 ☐ Chapter 13 |
|---|---|
| If yes, what is the filing Date: | Has your bankruptcy been discharged? ☑ Yes ☐ No    Bankruptcy case number: |

| | | |
|---|---|---|
| Is any Borrower an active duty service member? | Yes | No |
| Has any Borrower been deployed away from his/her primary residence or received a Permanent Change of Station order? | Yes | No |
| Is any Borrower the surviving spouse of a deceased service member who was on active duty at the time of death? | Yes | No |

(Page 1 of 9)

8-692-71049-0000055-001-4-000-000-000-000

## Making Home Affordable Program
## Request For Mortgage Assistance (RMA)



If you are experiencing a financial hardship and need help, you must complete and submit this form along with other required documentation to be considered for foreclosure prevention options under the Making Home Affordable (MHA) Program. You must provide information about yourself and your intentions to either keep or transition out of your property; a description of the hardship that prevents you from paying your mortgage(s); information about all of your income, expenses and financial assets; whether you have declared bankruptcy; and information about the mortgage(s) on your principal residence and other single family real estate that you own. Finally, you will need to return to your loan servicer (1) this completed, signed and dated Request for Mortgage Assistance (RMA); and (2) completed and signed IRS Form 4506-T or 4506T-EZ; and (3) all required income documentation identified in Section 4.

**When you sign and date this form, you will make important certifications, representations and agreements, including certifying that all of the information in this RMA is accurate and truthful.**

| SECTION 1: BORROWER INFORMATION | |
|---|---|
| **BORROWER** | **CO-BORROWER** |

**BORROWER'S NAME**

**CO-BORROWER'S NAME**

SOCIAL SECURITY NUMBER    DATE OF BIRTH (MM/DD/YY) ‑62

SOCIAL SECURITY NUMBER    DATE OF BIRTH (MM/DD/YY)

HOME PHONE NUMBER WITH AREA CODE
847 234

HOME PHONE NUMBER WITH AREA CODE

CELL OR WORK NUMBER WITH AREA CODE
773 991

CELL OR WORK NUMBER WITH AREA CODE

MAILING ADDRESS

MAILING ADDRESS (IF SAME AS BORROWER, WRITE 'SAME')

EMAIL ADDRESS

EMAIL ADDRESS

| | | |
|---|---|---|
| Has any borrower filed for bankruptcy?   ☐ Chapter 7   ☐ Chapter 13 | Is any borrower a servicemember?   ☐ Yes   ☐ No | |
| Filing Date: _____   Bankruptcy case number: _____ | Have you recently been deployed away from your principal residence or recently received a permanent change of station order? | ☐ Yes ☐ No |
| Has your bankruptcy been discharged?   ☐ Yes   ☐ No | | |

no

How many single family properties other than your principal residence do you and/or any co-borrower(s) own individually, jointly, or with others? *none*

Has the mortgage on your principal residence ever had a Home Affordable Modification Program (HAMP) trial period plan or permanent modification? ☐ Yes ☒ No

Has the mortgage on any other property that you or any co-borrower own had a permanent HAMP modification? ☐ Yes ☒ No   If "Yes", how many? _____

Are you or any co-borrower currently in or being considered for a HAMP trial period plan on a property other than your principal residence? ☐ Yes ☒ No

| SECTION 2: HARDSHIP AFFIDAVIT |
|---|

**I (We) am/are requesting review under MHA.**
I am having difficulty making my monthly payment because of financial difficulties created by (check all that apply):

| | | | |
|---|---|---|---|
| ☒ | My household income has been reduced. For example: reduced pay or hours, decline in business or self-employment earnings, death, disability or divorce of a borrower or co-borrower. | ☐ | My monthly debt payments are excessive and I am overextended with my creditors. Debt includes credit cards, home equity or other debt. |
| ☐ | My expenses have increased. For example: monthly mortgage payment reset, high medical or health care costs, uninsured losses, increased utilities or property taxes. | ☐ | My cash reserves, including all liquid assets, are insufficient to maintain my current mortgage payment and cover basic living expenses at the same time. |
| ☒ | I am unemployed and (a) I am receiving/will receive unemployment benefits or (b) my unemployment benefits ended less than 6 months ago. | | Other: |

*I was unemployed*

Explanation (continue on a separate sheet of paper if necessary): *for 9 months*



Attention ███████████████ ███

FAX # 1-407-737- ███████

Sending Requested paper work
1) TAX Return ███████
2) copy of profit/lose statement which is
   part of 2008 tax Return paper work
3) pay stubs for ███████████████
   I was unable to find consecutive stubs
   But I did find final for the ███████
   which shows Gross $/-0

please call or E-mail if you need anything
else
   E-mail : ███████████████████
   cell # 630-605- ███████
   Hm # 630-435- ███████
Loan # ███████████
      Thanks ███████████



L N <sup></sup>

## UNIFORM BORROWER ASSISTANCE FORM

If you are experiencing a temporary or long-term hardship and need help, you must complete and submit this form along with other required documentation to be considered for available solutions. On this page, you must disclose information about (1) you and your intentions to either keep or transition out of your home; (2) the property's status; (3) bankruptcy; and (4) your credit counseling agency.

On Page 2, you must disclose information about **all** of your income, expenses and assets. Page 2 also lists the required income documentation that you must submit in support of your request for assistance. Then on Page 3, you must complete the Hardship Affidavit in which you disclose the nature of your hardship. The Hardship Affidavit informs you of the required documentation that you must submit in support of your hardship claim.

**NOTICE:** In addition, when you sign and date this form, you will make important certifications, representations and agreements, including certifying that all of the information in this Borrower Assistance Form is accurate and truthful and any identified hardship has contributed to your submission of this request for mortgage relief.

**REMINDER:** The Borrower Response Package you need to return consists of: (1) this completed, signed and dated Borrower Assistance Form; (2) completed and signed IRS Form 4506T-EZ (4506T for self-employed borrowers or borrowers with rental income); (3) required income documentation; and (4) required hardship documentation.

**Loan Number** _____ (usually found on your monthly mortgage statement)
**Servicer's Name** BAC — NATIONSTAR

| I want to: | ☑ Keep the Property | ☐ Vacate the Property | ☐ Sell the Property | ☐ Undecided |
|---|---|---|---|---|

| The property is currently: | ☑ My Primary Residence | ☐ A Second Home | ☐ An Investment Property |
|---|---|---|---|

| The property is currently: | ☑ Owner Occupied | ☐ Renter Occupied | ☐ Vacant |
|---|---|---|---|

### BORROWER / CO-BORROWER

| BORROWER | CO-BORROWER |
|---|---|
| BORROWER'S NAME | CO-BORROWER'S NAME |
| SOCIAL SECURITY NUMBER    DATE OF BIRTH | SOCIAL SECURITY NUMBER    DATE OF BIRTH |
| HOME PHONE NUMBER WITH AREA CODE  201 572 ____ —CELL | HOME PHONE NUMBER WITH AREA CODE |
| CELL OR WORK NUMBER WITH AREA CODE  SAME | CELL OR WORK NUMBER WITH AREA CODE |
| MAILING ADDRESS | |
| PROPERTY ADDRESS (IF SAME AS MAILING ADDRESS, JUST WRITE SAME)  SAME | EMAIL ADDRESS |

| Is the property listed for sale? ☐ Yes ☑ No | Have you contacted a credit-counseling agency for help? ☑ Yes ☐ No |
|---|---|
| If yes, what was the listing date? _____ | If yes, please complete the counselor contact information below: |
| If property has been listed for sale, have you received an offer on the property? ☐ Yes ☐ No | Counselor's Name: _____ |
| Date of offer: _____   Amount of Offer: $_____ | Agency's Name: _____ |
| Agent's Name: _____ | Counselor's Phone Number: 800 905 |
| Agent's Phone Number: _____ | Counselor's Email Address: |
| For Sale by Owner? ☐ Yes ☐ No | |

| Do you have condominium or homeowner association (HOA) fees? ☐ Yes ☑ No |
|---|
| Total monthly amount: $ _____ |
| Name and address that fees are paid to: _____ |

| Have you filed for bankruptcy? ☐ Yes ☑ No |
|---|
| If yes: ☐ Chapter 7  ☐ Chapter 11  ☐ Chapter 12  ☐ Chapter 13 |
| Filing Date: |
| Has your bankruptcy been discharged? ☐ Yes ☐ No |
| Bankruptcy case number: |

10/30/2014  6:15AM (GMT-05:00)

MAY. 8. 2012  1:56PM      FOX MEADOWS 330 721 7893            NO. 432   P. 2

**Making Home Affordable Program**
**Request For Mortgage Assistance (RMA)**


MAKING HOME AFFORDABLE.gov

If you are experiencing a financial hardship and need help, you must complete and submit this form along with other required documentation to be considered for foreclosure prevention options under the Making Home Affordable (MHA) Program. You must provide information about yourself and your intentions to either keep or transition out of your property; a description of the hardship that prevents you from paying your mortgage(s); information about **all** of your income, expenses and financial assets; whether you have declared bankruptcy; and information about the mortgage(s) on your principal residence and other single family real estate that you own. Finally, you will need to return to your loan servicer (1) this completed, signed and dated Request for Mortgage Assistance (RMA); and (2) completed and signed IRS Form 4506-T or 4506T-EZ; and (3) all required income documentation identified in Section 4.

**When you sign and date this form, you will make important certifications, representations and agreements, including certifying that all of the information in this RMA is accurate and truthful.**

### SECTION 1: BORROWER INFORMATION

| BORROWER | CO-BORROWER |
|---|---|
| BORROWER'S NAME | CO-BORROWER'S NAME |
| SOCIAL SECURITY NUMBER — DATE OF BIRTH (MM/DD/YY) | SOCIAL SECURITY NUMBER — DATE OF BIRTH (MM/DD/YY) |
| HOME PHONE NUMBER WITH AREA CODE | HOME PHONE NUMBER WITH AREA CODE |
| CELL OR WORK NUMBER WITH AREA CODE 330-860- | CELL OR WORK NUMBER WITH AREA CODE 330-256 |
| MAILING ADDRESS | MAILING ADDRESS (IF SAME AS BORROWER WRITE "SAME") |
| EMAIL ADDRESS | EMAIL ADDRESS |

| | |
|---|---|
| Has any borrower filed for bankruptcy? **No** ☐ Chapter 7  ☐ Chapter 13 | Is any borrower a servicemember? ☐ Yes ☒ No |
| Filing Date: _____ Bankruptcy case number: _____ | Have you recently been deployed away from your principal residence or recently received a permanent change of station order? ☐ Yes ☒ No |
| Has your bankruptcy been discharged? ☐ Yes ☐ No | |

How many single family properties other than your principal residence do you and/or any co-borrower(s) own individually, jointly, or with others? **Ø**

Has the mortgage on your principal residence ever had a Home Affordable Modification Program (HAMP) trial period plan or permanent modification? ☐ Yes ☒ No

Has the mortgage on any other property that you or any co-borrower own had a permanent HAMP modification? ☐ Yes ☒ No   If "Yes", how many? _____

Are you or any co-borrower currently in or being considered for a HAMP trial period plan on a property other than your principal residence? ☐ Yes ☒ No

### SECTION 2: HARDSHIP AFFIDAVIT

I (We) am/are requesting review under MHA.
I am having difficulty making my monthly payment because of financial difficulties created by (check all that apply):

☒ My household income has been reduced. For example: reduced pay or hours, decline in business or self employment earnings, death, disability or divorce of a borrower or co-borrower.

☐ My monthly debt payments are excessive and I am overextended with my creditors. Debt includes credit cards, home equity or other debt.

☐ My expenses have increased. For example: monthly mortgage payment reset, high medical or health care costs, uninsured losses, increased utilities or property taxes.

☐ My cash reserves, including all liquid assets, are insufficient to maintain my current mortgage payment and cover basic living expenses at the same time.

☐ I am unemployed and (a) I am receiving/will receive unemployment benefits or (b) my unemployment benefits ended less than 6 months ago.

Other: _____

Explanation (continue on a separate sheet of paper if necessary):

03/30/2012

## Making Home Affordable Program
## Request For Modification and Affidavit (RMA)


**MAKING HOME AFFORDABLE.**GOV

| REQUEST FOR MODIFICATION AND AFFIDAVIT (RMA) page 1 | COMPLETE ALL THREE PAGES OF THIS FORM |
|---|---|

▶ Loan I.D. Number ▆▆▆▆▆▆▆▆ ▶ Servicer _____

| BORROWER | CO-BORROWER |
|---|---|
| Borrower's name | Co-borrower's name |
| Social Security number / Date of birth | Social Security number / Date of birth |
| Home phone number with area code 407·877· | Home phone number with area code 407·877· |
| Cell or work number with area code 407-592- | Cell or work number with area code (407) 592- |

| I want to: | ☒ Keep the Property | ☐ Sell the Property | |
|---|---|---|---|
| The property is my: | ☒ Primary Residence | ☐ Second Home | ☐ Investment |
| The property is: | ☒ Owner Occupied | ☐ Renter occupied | ☐ Vacant |

Mailing Address ▆▆▆▆▆▆▆▆▆▆▆▆

Property Address (if same as mailing address, just write same)   *Same*   E-mail address ▆▆▆

| | |
|---|---|
| Is the property listed for sale? ☐ Yes ☒ No<br>Have you received an offer on the property? ☐ Yes ☒ No<br>Date of offer _____ Amount of offer $_____<br>Agent's Name: _____<br>Agent's Phone Number: _____<br>For Sale by Owner? ☐ Yes ☐ No | Have you contacted a credit-counseling agency for help? ☐ Yes ☒ No<br>If yes, please complete the following:<br>Counselor's Name: _____<br>Agency Name: _____<br>Counselor's Phone Number: _____<br>Counselor's Email: _____ |
| Who pays the Real Estate Tax bill on your property?<br>☐ I do ☒ Lender does ☐ Paid by condo or HOA<br>Are the taxes current? ☒ Yes ☐ No<br>Condominium or HOA Fees ☒ Yes ☐ No $_____<br>Paid to: _____ | Who pays the hazard insurance policy for your property?<br>☒ I do ☐ Lender Does ☐ Paid by Condo or HOA<br>Is the policy current? ☒ Yes ☐ No<br>Name of Insurance Co. _____<br>Insurance Co. Tel #: _____ |

Have you filed for bankruptcy? ☐ Yes ☒ No   If yes: ☐ Chapter 7 ☐ Chapter 13   **Filing Date:** _____
Has your bankruptcy been discharged? ☐ Yes ☐ No   **Bankruptcy case number** _____

Additional Liens/Mortgages or Judgements on this property:

| Lien Holder's Name/Servicer | Balance | Contact Number | Loan Number |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| HARDSHIP AFFIDAVIT |
|---|
| **I (We) am/are requesting review under the Making Home Affordable program.**<br>**I am having difficulty making my monthly payment because of financial difficulties created by (Please check all that apply):** |

| | |
|---|---|
| ☒ My household income has been reduced. For example unemployment, underemployment, reduced pay or hours, decline in business earnings, death, disability or divorce of a borrower or co-borrower. | ☐ My monthly debt payments are excessive and I am overextended with my creditors. Debt includes credit cards, home equity or other debt. |
| ☒ My expenses have increased. For example: monthly mortgage payment reset, high medical or health care costs, uninsured losses, increased utilities or property taxes. | ☒ My cash reserves, including all liquid assets, are insufficient to maintain my current mortgage payment and cover basic living expenses at the same time. |

☐ Other:

Explanation (continue on back of page 3 if necessary):  *I work in ▆▆▆▆ and my pay has been reduced by over half. On ▆▆▆ My ▆▆▆ had several operations including ▆▆▆*

# EXHIBIT D

**Scripts**
**(CONFIDENTIAL - to be filed under seal)**

# EXHIBIT E

**Samples of Account Notes Showing Instances of When
Customers Provided Consent to be Called
(Customer Info Redacted)**

```
DATE:   ████████          Nationstar Mortgage LLC          SRV869R
TIME:    9:20:52          COLLECTION HISTORY PROFILE        PAGE:    80
```

```
Loan ████         Inv # BYQ Asum:N Stat:P Int%  6.875 Pmt 1,331.00 Due: ████
████████████████████         UPB        .00      P&I 1,013.94 TYPE      01
████ ███ ████████         MSG  #1:91 #2:08 #3:           .00 #PMTS 00000
                  Phone (H) 330-256-████  (W) 713-387-████ CP: ZZZ_ZOMG
=====================================================================
Cls Code Assgn/By     Entered  Time   Target        Amt/Pmt Cleared        Amt/Pmt

CL  CELY ZZZ_ZOMG     8/17/15  16:50  8/17/15         .00 8/17/15            .00
         MMAI1036  CELL PHONE AUTHORIZATION OBTAINED
                   330-256-████
```





```
DATE: ████████          Nationstar Mortgage LLC              SRV869R
TIME: 12:55:39        COLLECTION HISTORY PROFILE           PAGE:    35

  Loan █████████     Inv # ATQ Asum:N Stat:R Int%  5.375 Pmt 1,198.34 Due:███
  ████████████████     UPB    164,341.86       P&I 1,198.34 TYPE      03
  █████████████████    MSG  #1:04 #2:    #3:          1,520.10 #PMTS 00002
                    Phone (H) 630-740-████ (W)              CP: ZZZ_ZOMG
  =======================================================================
  Cls  Code  Assgn/By      Entered   Time   Target         Amt/Pmt  Cleared        Amt/Pmt
```

```
  CL   CELY  ZZZ_ZOMG    9/29/15   15:13   9/29/15          .00  9/29/15          .00
             SMCKOY           CELL PHONE AUTHORIZATION OBTAINED
```

```
DATE: ███████         Nationstar Mortgage LLC              SRV809R
TIME: 13:44:26         COLLECTION HISTORY PROFILE          PAGE:    11
```

```
Loan  ███████   Inv # BW8 Asum:N Stat:R Int%  8.550 Pmt   451.12 Due: ████
█████████████████     UPB    17,887.85        P&I   451.12 TYPE      05
█████████████████     MSG  #1:61 #2:91 #3:67        1,894.72 #PMTS 00004
                  Phone (H) 240-687-████  (W)            CP: ZZZ_ZOMG
========================================================================
Cls  Code  Assgn/By    Entered   Time    Target        Amt/Pmt  Cleared        Amt/Pmt

CL   CELY  ZZZ_ZOMG  3/31/15    15:49  3/31/15           .00  3/31/15            .00
           SDICHIRICOCELL PHONE AUTHORIZATION OBTAINED
```



```
DATE:  ████████          Nationstar Mortgage LLC            SRV809R
TIME:   9:20:52          COLLECTION HISTORY PROFILE         PAGE:     50

 Loan ████        Inv # BYQ Asum:N Stat:P Int%  6.875 Pmt 1,331.00 Due: ████
██████  ██████  ██████     UPB        .00      P&I 1,013.94 TYPE      01
██████  ██████  ██████     MSG  #1:91 #2:08 #3:        .00 #PMTS 00000
                   Phone (H) 330-256-████  (W) 713-387-████ CP: ZZZ_ZOMG
=============================================================================
Cls  Code  Assgn/By    Entered   Time    Target        Amt/Pmt  Cleared        Amt/Pmt
```

█  ███████████  ████████  ████  ████████       ██████  █

█  ███████████  ████████  ████  ████████       ██████  █

█  ███████████  ████████  ████  ████████       ██████  █

█  ███████████  ████████  ████  ████████       ██████  █

█  ███████████  ████████  ████  ████████       ██████  █

```
CL   CLY1 ZZZ_ZOMG 11/07/14    8:54  11/07/14         .00 11/07/14          .00
       APUN1036   BORROWER CELL PHONE AUTHORIZED
                  B1 Authorized Cell Phone - 713-387-████
```

█  ███████████  ████████  ████  ████████       ██████  █

█  ███████████  ████████  ████  ████████       █  █  █

█  ███████████  ████████  ████  ████████       ██████

█  █ ████████  ████████  ████  ████████         ██████  █

█  ███████████  ████████  ████  ████████        ██████  █

█  ███████████  ████████  ████  ████████         █  █  █

█  ███████████  ████████  ████  ████████         ██████  █

█  ███████████  ████████  ████  ████████         ██████  █

```
DATE:    ██████████         Nationstar Mortgage LLC              SRV869R
TIME:     9:20:49           COLLECTION HISTORY PROFILE           PAGE:     4

  Loan  ██████████   Inv # CJ1 Asum:N Stat:R Int%  3.125 Pmt    281.88 Due: ████████
██████ ██ ██████ ██        UPB     35,954.63       P&I    204.43 TYPE      03
██ ██     ██████           MSG  #1:91 #2:    #3:           281.88 #PMTS  00001
                      Phone (H)  209-321-████  (W)            CP: ZZZ_ZOMG
===============================================================================
  Cls  Code  Assgn/By     Entered   Time   Target        Amt/Pmt  Cleared      Amt/Pmt
```

  CL   CELY  ZZZ_ZOMG  3/12/14   12:01   3/12/14         .00  3/12/14          .00
            RJRALVARANCELL PHONE AUTHORIZATION OBTAINED
                209-321-████

  CL   CELY  ZZZ_ZOMG  4/09/14   12:06   4/09/14         .00  4/09/14          .00
            VHER1036   CELL PHONE AUTHORIZATION OBTAINED
                209-321-████

DATE:  ███████           Nationstar Mortgage LLC                SRV869R
TIME:   9:20:52           COLLECTION HISTORY PROFILE            PAGE:    44

Loan ██████      Inv # BYQ Asum:N Stat:P Int%  6.875 Pmt 1,331.00 Due: ████
████████████              UPB          .00      P&I 1,013.94 TYPE    01
████ ████ ████████        MSG  #1:91 #2:08 #3:         .00 #PMTS  00000
                          Phone (H) 330-256-████  (W) 713-387-████ CP: ZZZ_ZOMG
=================================================================================
Cls  Code  Assgn/By    Entered   Time    Target      Amt/Pmt  Cleared      Amt/Pmt
                  Verif B1 full name / mail zip /

CL   CELY  ZZZ_ZOMG    6/18/14   15:46   6/18/14          .00  6/18/14          .00
           MFAUSTO      CELL PHONE AUTHORIZATION OBTAINED
                         713-387-████

DATE:   ████████        Nationstar Mortgage LLC              SRV869R
TIME:    7:53:43         COLLECTION HISTORY PROFILE           PAGE:    2

Loan                Inv # 487 Asum:N Stat:R Int%  5.000 Pmt 1,296.63 Due: █████
                    UPB    179,181.87        P&I 1,027.15 TYPE      01
                    MSG  #1:07 #2:91 #3:        38,092.98 #PMTS  00022
                    Phone (H)              (W)            CP: ZZZ_ZOMG
===========================================================================
Cls  Code  Assgn/By    Entered  Time   Target        Amt/Pmt  Cleared        Amt/Pmt
                    SKIP TRACING STARTED



CL   CELY ZZZ_ZOMG  7/23/13   19:04   7/23/13        .00  7/23/13            .00
          MSTINE        CELL PHONE AUTHORIZATION OBTAINED
                        borr cell 773 319 ████

# EXHIBIT F

**Change of Telephone Number Form**

### IMPORTANT PAYMENT INFORMATION

- It is important to use the remittance stub and envelope provided since both contain computer encoding that will help ensure prompt and accurate posting of payments. Always include your loan number on your check or money order. However, should you not receive your statement, DO NOT DELAY PAYMENT, simply write your loan number on your check or money order and mail to the payment address as provided in the **Contact Information** section below.

- Do not send cash or correspondence as this could delay processing. Correspondence should be sent to the address provided in the **Contact Information** section below.

- Please be advised that if your account is delinquent or if there are fees and charges due, your account may not be paid ahead nor may principal reduction payments be applied. When Nationstar Mortgage receives a remittance that is in excess of a payment amount, that excess is applied to your account in accordance with a predetermined sequence: 1) Principal and Interest due, 2) Applicable Escrow amounts, 3) Fees and other charges assessed to your account. Once this sequence has been satisfied, you may give specific instructions as to how you would like excess amounts to be applied to your account by noting your preference on the face of your remittance stub.

- Any lump sum received that is not accompanied by a payoff quote will be applied according to our standard payment application. Funds will not result in satisfaction and reconveyance/release unless amount tendered satisfies all amounts due and owing on the account.

- A Schedule of Fee for Select Services may be found on our website at MyNationstar.com.

### SERVICEMEMBERS CIVIL RELIEF ACT

The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If you are a member of the military who has been called to active duty or received a Permanent Change of Station order and you have not already made us aware, please forward a copy of your orders to us at: Nationstar Mortgage LLC, Attn: Military Families, P.O. Box 630043, Irving, TX 75063, fax 855-956-9427 or email MilitaryFamilies@nationstarmail.com. Be sure to include your loan number with the copy of the orders.

Please visit our website at MyNationstar.com for complete details regarding Legal Rights and Protections Under the SCRA.

### LATE CHARGES AND OVERDRAFT FEES

Payments received and posted after a grace period will be assessed a late charge. The late charge rate and number of grace days are shown on your Note. Please allow adequate time for postal delays as the receipt and posting date will govern the assessment of a late charge. Partial payments cannot be applied. If a payment is credited to your account and subsequently dishonored by your bank, Nationstar Mortgage will reverse that payment and assess your loan account an insufficient funds fee of up to $30.00, as permitted by applicable law. (This fee may vary by state.)

### HOMEOWNER COUNSELING NOTICE

If your loan is delinquent, you are entitled to receive homeownership counseling form an agency approved by the United States Department of Housing and Urban Development (HUD). A list of the HUD-approved, nonprofit homeownership counseling agencies may be obtained from the internet at: http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling the HUD toll free number 1-800-569-4287 (toll free TDD number 1-800-877-8339) to obtain list of approved nonprofit agencies serving your residential area.

### NEW YORK STATE RESIDENTS

Forthose customers who reside in the state of New York, borrower may file complaints about the Servicer with the New York State Banking Department or may obtain further information by calling the Department's Consumer Help Line at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov. Nationstar Mortgage LLC is registered with the New York Superintendent of Banks.

Nationstar Mortgage may report your account to the major credit bureaus. Late or missed payments and other defaults on your account may reflect on your credit report which can impact your ability to obtain other forms of credit.

### PAYMENT OPTIONS

 **Auto-Pay** allows you to have your payment automatically debited, each month, from the checking or savings account of your choice. Nationstar Mortgage does not charge a fee to activate this service. Call 1-888-480-2432 for more information or visit our website at MyNationstar.com.

 **Online Payment** allows you to log on to your account anytime to make a payment. There is no charge for this service if the payment is made within 9 days of the due date. Log onto MyNationstar.com.

 **Speed-Pay** is a pay-by-phone service, which allows you to select the payment processing date. Call 1-888-480-2432. Have your checkbook available to refer to when making your Speed-Pay payment. There will be a fee up to $19 for this optional service.

**Payment by Mail** Detach the coupon provided with this statement and mail it with your check or money order in the envelope provided. Please allow adequate time for postal delays as the receipt and posting date will govern the assessment of late charges.

 **MoneyGram ExpressPayment** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Nationstar Mortgage loan number **The MoneyGram Receive Code is ***1678***.** All ExpressPayment transactions require cash. The agent will charge a fee for this service.

 **Western Union QuickCollect®** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local Western Union Agent. Call 1-800-325-6000 to locate the one nearest you. Complete the QuickCollect form with your name and Nationstar Mortgage loan number, indicating:

**Pay to: Nationstar Mortgage Code City: Astar State: TX**

All QuickCollect transactions require cash. Western Union will charge a fee for this service.

### NOTICE TO CUSTOMERS MAKING PAYMENTS BY CHECK

**Authorization to Convert Your Check:** If you send us a check to make your payment, your check may be converted into an electronic fund transfer. An electronic fund transfer is the process in which you financial institution transfers funds electronically from your account to our account. By sending your completed signed check to us, you authorize us to copy your check and use the information from your check to make an electronic funds transfer from your account for the same amount as the check. If the electronic fund transfer cannot be processed for technical reasons, you authorize us to process the copy of your check.

**Insufficient Funds:** The electronic fund transfer from your account will usually occur within 24 hours of our receipt of your check. If the electronic fund transfer cannot be completed because of insufficient funds, you may be assessed an NSF fee in connection with the attempted transaction.

**Transaction Information:** The electronic fund transfer from your account will be on the account statement you receive from your financial institution. You will not receive your original check back from your financial institution. For security reasons, your original check will be destroyed, but we will keep a secured copy of the check for record keeping purposes.

**Your Rights:** You should contact your financial institution immediately if you believe that the electronic fund transfer reported on your statement was not properly authorized or is otherwise incorrect. Consumers have protections under the Electronic Fund Transfer Act for any unauthorized or incorrect electronic fund transfer.

### CONTACT INFORMATION

 **Customer Service:** 1-888-480-2432, Monday through Thursday 8 am – 8 pm, CT, Friday 8 am – 6 pm CT, and Saturday 8 am – 2 pm CT
[Calls may be monitored and/or records for quality assurance purposes]

 **24-hour automated account information:** Log on MyNationstar.com OR call **1-888-480-2432**

✉ **Mailing addresses:** for Nationstar Mortgage are listed below. Please carefully select the address suited to your needs and remember, sending payments to any address other than the one specifically identified for payments will result in delays and may result in additional fees being assessed to your account.

| PAYMENTS: | NOTICE OF ERROR/ INFORMATION REQUEST/ QWR: | OVERNIGHT DELIVERY/ CORRESPONDENCE: | INSURANCE RENEWALS/ BILLS: | TAX NOTICES/ BILLS: | BANKRUPTCY NOTICES/ PAYMENTS: |
|---|---|---|---|---|---|
| PO Box 60516 City of Industry, CA 91716-0516 | P.O. Box 630348 Irving, TX 75063 | 350 Highland Drive Lewisville, TX 75067 | PO Box 7729 Springfield, OH 45501-7729 Fax (937) 324-6551 | PO Box 961229 Fort Worth, TX 76161-0229 Fax (817) 826-1861 | 350 Highland Drive Lewisville, TX 75067 |

**"PURSUANT TO RESPA, A "QUALIFIED WRITTEN REQUEST" (QWR) REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS:**
Nationstar Mortgage, P.O. Box 630348, Irving, TX 75063, Attn: Customer Relations Officer. A "qualified written request" must comply with the requirements of 12 CFR 1024.21(e)(2) which states: (2) Qualified written request; defined. (i) For purposes of paragraph (e) of this section, a qualified written request means a written correspondence (other than notice on a payment coupon or other payment medium supplied by the servicer) that includes, or otherwise enables the servicer to identify, the name and account of the borrower, and includes a statement of the reasons that the borrower believes the account is in error, if applicable, or that provides sufficient detail to the servicer regarding information relating to the servicing of the loan sought by the borrower. (ii) A written request does not constitute a qualified written request if it is delivered to a servicer more than 1 year after either the date of transfer of servicing or the date that the mortgage servicing loan amount was paid in full, whichever date is applicable.

Nationstar Mortgage LLC, its affiliates, successors or its advisors or their officers, directors, agents, or employees, are neither liable nor responsible for nor make any representation regarding the products or services offered on any enclosed inserts.

## CHANGE OF ADDRESS OR TELEPHONE NUMBER

Check the appropriate box: ☐ Mailing Address     ☐ Telephone Number     Loan #_____

Borrower's Name:_____     Co-Borrower's Name:_____

Borrower's New Address:_____     Co-Borrower's New Address:_____

_____     _____

_____     _____

Authorized Borrower Number(s):     Authorized Co-borrower Number(s):

Home (_____) _____     Mobile: Yes  No     Home (_____) _____     Mobile: Yes  No

Work (_____) _____ Ext:_____     Mobile: Yes  No     Work (_____) _____ Ext:_____     Mobile: Yes  No

Other (_____) _____     Mobile: Yes  No     Other (_____) _____     Mobile: Yes  No

Signature Required:_____     Signature Required:_____

I consent to being contacted by Nationstar Mortgage LLC at any telephone number I have provided. This includes, but is not limited to, calls from your dialing system to my cellular or mobile telephone

## IMPORTANT PAYMENT INFORMATION

- It is important to use the remittance stub and envelope provided since both contain customer encoding that will help ensure prompt and accurate posting of payments. Always include your loan number on your check or money order. However, should you not receive your statement, DO NOT DELAY PAYMENT. Simply write your loan number on your check or money order and mail to the payment address as provided in the **Contact Information** section below.

- Do not send cash or correspondence as this could delay processing. Correspondence should be sent to the address provided in the **Contact Information** section below.

- Please be advised that if your account is delinquent or if there are fees and charges due, your account may not be paid ahead nor may principal reduction payments be applied. When Mr. Cooper receives a remittance that is in excess of a payment amount, the excess is applied to your account in accordance with a predetermined order: 1) Principal and Interest due; 2) Applicable Escrow amounts; 3) Fees and other charges assessed to your account. Once this sequence has been satisfied, you may give specific instructions as to how you would like excess amounts to be applied to your account by noting your preference on the face of your remittance stub.

- Any lump sum received that is not accompanied by a payoff quote will be applied according to our standard payment application rules. This will not result in satisfaction and reconveyance/release unless amount tendered satisfies all amounts due and owing on the account.

- A Schedule of Fee for Select Services may be found on our website at www.mrcooper.com.

**SERVICEMEMBERS CIVIL RELIEF ACT**
The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If you are a member of the military who has been called to active duty or received a Permanent Change of Station order and you have not already made us aware, please forward a copy of your orders to us at:
Mr. Cooper, Attn: Military Families, P.O. Box 619098, Dallas, TX 75261-9741, fax 855-856-0427 or email MilitaryFamilies@mrcooper.com. Be sure to include your loan number with the copy of the orders. Please visit our website at www.mrcooper.com for complete details regarding Legal Rights and Protections Under the SCRA.

**LATE CHARGES AND OVERDRAFT FEES**
Payments received and posted after a grace period will be assessed a late charge. The late charge rate and number of grace days are shown on your Note. Please allow adequate time for postal delays as the receipt and posting date will govern the assessment of a late charge. Partial payments cannot be applied. If a payment is credited to your account and subsequently dishonored by your bank, Mr. Cooper will reverse that payment and assess your loan account an insufficient funds fee of up to $50.00, as permitted by applicable law. (This fee may vary by state.)

**HOMEOWNER COUNSELING NOTICE**
If your loan is delinquent, you are entitled to receive homeownership counseling from an agency approved by the United States Department of Housing and Urban Development (HUD). A list of the HUD-approved, nonprofit homeownership counseling agencies may be downloaded from the Internet at: https://apps.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling the HUD toll free number 1-800-569-4287 (toll free TDD number 1-800-877-8339) to obtain a list of approved nonprofit agencies serving your residential area.

**NEW YORK STATE RESIDENTS**
For those customers who reside in the state of New York, a borrower may file complaints about the Servicer with the New York State Department of Financial Services or may obtain further information by calling the Department's Consumer Help Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov. Mr. Cooper is registered with the New York Superintendent of Financial Services.

---

Mr. Cooper may report your account to the major credit bureaus.
Late or missed payments and other defaults on your account may reflect on your credit report which can impact your ability to obtain other forms of credit.

---

## PAYMENT OPTIONS

**AUTOPAY** Allows you to have your payment automatically debited, each month, from the checking or savings account of your choice. Mr. Cooper does not charge a fee to activate this service. Call 888-480-2432 for more information or visit our website at www.mrcooper.com.

**ONLINE PAYMENT** Allows you to sign in to your account anytime to make a payment. There is no charge for this service. Sign in to www.mrcooper.com.

**AUTOMATED PHONE PAYMENT** Is a pay-by-phone service provided through our automated phone system. There may be a fee of up to $14 for this service. Call 888-480-2432.

**AGENT ASSISTED PAYMENT** Is a pay by phone service provided by a customer service agent. Call 888-480-2432 and speak with an agent. There may be a fee of up to $19 for this service.

**PAY BY MAIL** Detach the coupon provided with this statement and mail it with your check or money order in the envelope provided. Please write your loan number on your payment **and allow adequate time for postal delays as the receipt and posting date will govern the assessment of late charges.** Send payment via express or overnight mail to Mr. Cooper, Attn: Payment Processing - 650783, 1010 W. Mockingbird, Suite 100, Dallas, TX 75247.

**WIRE** You may send payments, via wire transfer, to the following:
Bank Account: 4059000XXXXXXXXXXX (10Xs equals the borrower loan number with leading zero)
Routing#: 121000248
Bank Name: Wells Fargo Bank, N.A.
Bank Address: 420 Montgomery Street, San Francisco, CA 94104

**MONEYGRAM EXPRESSPAYMENT** Ensures same-day delivery of your payment to Mr. Cooper. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Mr. Cooper loan number. The MoneyGram Receive Code is ***1678***. All ExpressPayment transactions require cash. The agent will charge a fee for this service.

**WESTERN UNION QUICKCOLLECT®** Ensures same-day delivery of your payment to Mr. Cooper. Visit your local Western Union Agent. Call 1-800-325-6000 to locate the one nearest you. Complete the QuickCollect form with your name and Mr. Cooper loan number, indicating:

Pay to: Mr. Cooper   Code City: MRCOOPER   State: TX

All QuickCollect transactions require cash. Western Union will require a fee for this service.

---

## NOTICE TO CUSTOMERS MAKING PAYMENTS BY CHECK

**Authorization to Convert Your Check:** If you send us a check to make your payment, your check may be converted into an electronic fund transfer. An electronic fund transfer is the process in which your financial institution transfers funds electronically from your account to our account. By sending your completed signed check to us, you authorize us to copy your check and use the information from your check to make an electronic funds transfer from your account for the same amount as the check. If the electronic fund transfer cannot be processed for technical reasons, you authorize us to process the copy of your check.

**Insufficient Funds:** The electronic fund transfer from your account will usually occur within 24 hours of our receipt of your check. If the electronic fund transfer cannot be completed because of insufficient funds, you may be assessed an NSF fee in connection with the attempted transaction.

**Transaction Information:** The electronic fund transfer from your account will be on the account statement you receive from your financial institution. You will not receive your original check back from your financial institution. For security reasons, your original check will be destroyed, but we will keep a secured copy of the check for record keeping purposes.

**Your Rights:** You should contact your financial institution immediately if you believe that the electronic fund transfer reported on your statement was not properly authorized or is otherwise incorrect. Consumers have protections under the Electronic Fund Transfer Act for any unauthorized or incorrect electronic fund transfer.

---

## CONTACT INFORMATION

**CUSTOMER SERVICE: 888-480-2432**, Monday through Thursday 7 a.m. to 8 p.m. (CT), Friday 7 a.m. to 7 p.m. (CT), and Saturday 8 a.m. to 12 p.m. (CT) [Calls may be monitored and/or recorded for quality assurance purposes.]

**24-HOUR AUTOMATED ACCOUNT INFORMATION:** Sign in to www.mrcooper.com OR call **888-480-2432.**

**MAILING ADDRESSES:** For Mr. Cooper are listed below. Please carefully select the address suited to your needs and remember, sending payments to any address other than the one specifically identified for payments will result in delays and may result in additional fees being assessed to your account.

| PAYMENTS: | NOTICE OF ERROR/ INFORMATION REQUEST/QWR*: | OVERNIGHT DELIVERY CORRESPONDENCE: | INSURANCE RENEWALS/ BILLS: | TAX NOTICES/ BILLS: | BANKRUPTCY NOTICES/ PAYMENTS: |
|---|---|---|---|---|---|
| PO Box 650783 | PO Box 619098 | Lake Vista 4 | PO Box 7729 | PO Box 2505 | PO Box 619094 |
| Dallas, TX 75265-0783 | Dallas, TX 75261-9741 | 800 State Highway 121 Bypass | Springfield, OH 45501-7729 | Covina, CA 91722-2505 | Dallas, TX 75261-9041 |
|  |  | Lewisville, TX 75067 | Fax (800) 687-4729 | Fax (626) 667-6439 |  |

**\*PURSUANT TO RESPA, A "QUALIFIED WRITTEN REQUEST" (QWR) REGARDING THE SERVICING OF YOUR LOAN, A NOTICE ASSERTING THAT AN ERROR OCCURRED WITH RESPECT TO YOUR LOAN OR A NOTICE REQUESTING INFORMATION WITH RESPECT TO YOUR LOAN MUST BE SENT TO THIS ADDRESS:** Mr. Cooper PO Box 619098, Dallas, TX 75261-9741, Attn: Customer Relations. A "qualified written request" must comply with the requirements of RESPA, as follows: Qualified written request: defined. A qualified written request means a written correspondence (other than notice on a payment coupon or other payment medium supplied by the servicer) that includes, or otherwise enables the servicer to identify, the name and account of the borrower, and includes a statement of the reasons that the borrower believes the account is in error, if applicable, or that provides sufficient detail to the servicer regarding information relating to the servicing of the loan sought by the borrower. A QWR, notice of error or request for information is not timely if it is delivered to a servicer more than 1-year after either the date of transfer of servicing or the date that the mortgage loan is discharged, whichever date is applicable.

**Mr. Cooper, its affiliates, successors or its assigns or their officers, directors, agents, or employees, are neither liable nor responsible for, or make any representation regarding the products or services offered on any enclosed inserts.**



---

## CHANGE OF ADDRESS OR TELEPHONE NUMBER

CHECK THE APPROPRIATE BOX:   ☐ MAILING ADDRESS        ☐ TELEPHONE NUMBER        LOAN #: _____

Borrower's Name: _____     Co-Borrower's Name: _____

Borrower's New Address: _____     Co-Borrower's New Address: _____

Authorized Borrower's Number(s):     Authorized Co-Borrower's Number(s):

Home: ( ____ ) _____  Mobile:  Yes  No     Home: ( ____ ) _____  Mobile:  Yes  No

Work: ( ____ ) _____ Ext: _____  Mobile:  Yes  No     Work: ( ____ ) _____ Ext: _____  Mobile:  Yes  No

Other: ( ____ ) _____  Mobile:  Yes  No     Other: ( ____ ) _____  Mobile:  Yes  No

Signature Required: _____     Signature Required: _____

I consent to being contacted by Mr. Cooper at any telephone number I have provided. This includes, but is not limited to, calls from your dialing system to my cellular or mobile telephone.